

# JUDGMENT

## Court of Appeals
## First District of Texas

NO. 01-14-00665-CV

ARCHER GROUP, LLC AND JOHN CHRISTIAN ARCHER II, Appellants

V.

ANAHUAC MUNICIPAL DEVELOPMENT DISTRICT, Appellee

Appeal from the 344th District Court of Chambers County.  (Tr. Ct. No. 26,572).

This case is an appeal from the order signed by the trial court on July 25, 2014. After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that there was reversible error in the trial court's order. Accordingly, the Court **reverses** the trial court's order and **remands** the case to the trial court for further proceedings.

The Court **orders** that the appellee, Anahuac Municipal Development District, pay all appellate costs.

The Court **orders** that this decision be certified below for observance.

Judgment rendered August 4, 2015.

Panel consists of Justices Keyes, Higley, and Brown. Opinion delivered by Justice Keyes.